

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00059-CV

Carlos **HUERTA** and Martha Huerta,
Appellants

v.

**PORT SA MT, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07466
Honorable Cesar Garcia, Judge Presiding

**ORDER**

Sitting:     Irene Rios, Justice
           Lori I. Valenzuela, Justice
           Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are not assessed against appellants because they qualify as indigent.

It is so **ORDERED** on May 21, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court